## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Darryl Maurice Robinson, | Civil No. 10-3067 (RHK/JJK) |
| Plaintiff, | **ORDER** |
| vs. | |
| **City of Minneapolis**, a government entity and political subdivision of the State of Minnesota; **Mark Lanasa**, individually and in his capacity as Minneapolis police officer, Badge #3948; **James Archer**, individually and in his capacity as Minneapolis police officer, Badge #0177, **Hennepin County**, a government entity and political subdivision of the State of Minnesota, and **Deputies "a-x"**, individually and in their capacities as Hennepin County Deputy Sheriffs, | |
| Defendants. | |

---

Through their counsel, the Plaintiff and Defendants **Hennepin County**, a government entity and political subdivision of the State of Minnesota, and **Deputies "a-x"**, individually and in their capacities as Hennepin County Deputy Sheriffs, have filed with this Court a Stipulation stating that the matter has been settled and agreeing to the dismissal of the litigation against these Defendants with prejudice but without cost to any party. Based upon said Stipulation (Doc. No. 19), **IT IS ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE** in its entirety against **Hennepin County**, a government entity and political subdivision of the State of Minnesota, and

**Deputies "a-x"**, individually and in their capacities as Hennepin County Deputy Sheriffs, without costs to any party.

Dated:  December 8, 2011

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge